JS-6

# UNITED STATES DISTRICT COURT IN AND FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Nichols,<br><br>       Plaintiff,<br><br>   vs.<br><br>Toyota Motor Credit Corporation,<br><br>       Defendant. | Case No.: 2:15-cv-08535-RSWL-RAO<br><br>**ORDER** |

   Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

   **IT IS SO ORDERED**.

Dated: 3/14/2017                    s/ RONALD S.W. LEW
                                    Hon. Ronald S.W. Lew
                                    Senior U.S. District Judge